447 F.2d 1304
 Jack C. FREEMAN, for himself and all others similarly situated, Plaintiff-Appellant,
v.
Vivian L. MUNDY and W. L. Austin, Individually, etc., Defendants-Appellees.
 No. 71-2053 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 September 10, 1971.
 
 Appeal from the United States District Court for the Northern District of Georgia; Newell Edenfield, Judge.
 William H. Traylor, John R. Myer, Robert N. Dokson, Michael H. Terry, David Webster, Atlanta, Ga., for plaintiff-appellant.
 Ernest D. Brookins, Michael W. Broadbear, Atlanta, Ga., George P. Dillard, Decatur, Ga., for defendants-appellees.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966